806 A.2d 406

IN THE MATTER OF PETER E. HESS, AN ATTORNEY
AT LAW (ATTORNEY NO. 003561985).

October 2, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–102, concluding that **PETER E. HESS** of **MAYWOOD,** who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 5.5(a) (unauthorized

practice of law), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **PETER E. HESS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.